**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 24 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

RAYMOND PEREZ,

                       Petitioner,

-against-

RAYMOND CUNNINGHAM, Superintendent,
Woodbourne Correctional Facility,

                       Respondent.
----------------------------------------------------------X

JUDGMENT
09-CV- 2233 (JG)

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 17, 2009, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
           September 23, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court